UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONA G. DUHON** | **CIVIL ACTION** |
| **VERSUS** | |
| **SOUTHERN (SCRAP) RECYCLING** | **NO.:14-00383-BAJ-EWD** |

### ORDER AND RULING

Considering the Voluntary Stipulation of Dismissal pertaining to Southern Recycling, LLC's Third-Party Complaint against Canal Indemnity Insurance Company,

**IT IS HEREBY ORDERED** that Southern Recycling, LLC's Third-Party Complaint against Canal Indemnity Insurance Company is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this <u>12th</u> day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**