# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MONA G. DUHON            CIVIL ACTION

VERSUS

SOUTHERN (SCRAP) RECYCLING,      NO.: 14-00383-BAJ-EWD
ET AL.

## ORDER

On June 22, 2014, Mona G. Duhon ("Plaintiff") filed the instant action against Southern Recycling LLC ("SOREC"), seeking redress for alleged sexual harassment and retaliatory discharge. (*See* Doc. 1). Thereafter, on October 26, 2015, SOREC filed a Third Party Complaint (Doc. 22) against Brent Trucking Company, Inc. ("Brent Trucking") and Canal Indemnity Insurance Company ("Canal Indemnity") (collectively "Third-Party Defendants"), averring that the Third-Party Defendants were contractually obligated to defend and indemnify SOREC against any claims arising from the acts or omissions of Brent Trucking's employees/agents while performing work on behalf of SOREC. (Doc. 22 at p. 3). Canal Indemnity was voluntarily dismissed on January 12, 2016, (*see* Doc. 36), and to date, Brent Trucking has not made an appearance of record.

On November 18, 2016, the Court entered a Ruling and Order (Doc. 57) dismissing all of Mona G. Duhon's ("Plaintiff") claims against Southern Recycling LLC ("Defendant") pursuant to Federal Rule of Civil Procedure ("Rule") 56. Plaintiff thereafter filed a Notice of Appeal (Doc. 58) from the Court's Ruling and Order, which the United States Court of Appeals for the Fifth Circuit dismissed for want of

prosecution. (Doc. 62). Consequently, the only claims that remain in this action are the third-party demands of SOREC against Brent Trucking. However, the record indicates that there has been no further prosecution of these claims on the part of SOREC.

Accordingly,

**IT IS ORDERED** that Southern Recycling, LLC shall file a Status Report with the Court on or before **Friday, May 19, 2017**, updating the Court on the status of its claims against Brent Trucking.

Baton Rouge, Louisiana, this 5th day of May, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**